PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**FILED**
Apr 05 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DOCKET NUMBER** (Tran. Court)
15-cr-00127-RM-06

**DOCKET NUMBER** (Rec. Court)
4:23-cr-00099-JST

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Adell Burrell | Colorado | Denver |
| | NAME OF SENTENCING JUDGE | |
| | Raymond P. Moore, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 03/20/2023 — TO 03/19/2026 |

**OFFENSE**
Conspiracy to Commit Robbery Affecting Commerce, in violation of 18 U.S.C. § 1951(a)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Colorado

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 4, 2023
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 5, 2023
Effective Date

_[signature]_
United States District Judge